# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   Katie Brooks, | ) | CASE NO. 20-20750 |
| | ) | |
| | ) | Hon. Judge Timothy A. Barnes |
| Debtor. | ) | |
| | ) | CHAPTER 13 |

## NOTICE OF MOTION

**To:** Trustee Marilyn O. Marshall, Esq., 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

Katie Brooks, 744 S. Kilbourn Ave., Chicago, IL  60624

All creditors received notice via the attached Notice of Chapter 13 Bankruptcy Case.

Please take notice that on 3/18/2021, at 2:30 PM, or as soon thereafter as counsel may be heard, I shall appear using Zoom for Government at this link: https://www.zoomgov.com/ or by telephone, to Zoom for Government at 1−669−254−5252 or 1−646−828−7666, meeting ID 161 329 5276 and passcode 433658, and present the attached motion.

## PROOF OF SERVICE

**Victoria J. Carpenter certifies that she sent via U.S. Postal Service, and caused to be emailed via the Court where applicable, a copy of this notice to the above-named entitled parties with postage prepaid from the mail chute located at 540 N. Dearborn St., Chicago, IL 60610, on 3/02/2021.**

  */s/ Victoria J. Carpenter*

**By: Victoria J. Carpenter, Esq.**          **Carpenter Law Offices**
**Counsel for Debtor**                        **P.O. Box 10036**
                                              **Chicago, IL 60610**

                                              **Tel. (312) 307-2336**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Case No.  **20-20750**                                             Hearing Date:  **3/18/2021**

Name of Presiding Judge:  **Timothy A. Barnes**

Title of Case:  **In re Katie Brooks**

Brief Statement of Motion:  **Motion for Original Attorney's Fees for Representing Debtor in a Chapter 13**

The rules of this Court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys.  Please do this immediately below.  (Separate lists may be appended.)

Names and addresses           **Victoria J. Carpenter, Esq.**
of moving counsel:            **P.O Box 10036**
                              **Chicago IL  60610**

Names and address of          **Trustee Marilyn O. Marshall, Esq.**
other parties entitled        **224 South Michigan Avenue, Suite 800**
to notice:                    **Chicago, IL  60604**

                              **Katie Brooks**
                              **744 S. Kilbourn Ave.**
                              **Chicago, IL  60624**

**ORDER**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

**Katie Brooks**

BK No.: **20-20750**

Chapter 13

Debtor(s)

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
## THE COURT-APPROVED RETENTION AGREEMENT
### (Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a. any kind of compensation, reimbursement, or other payment, or

   b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**
$    3,000    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**
$    310    for filing fee paid by the attorney with the attorney's funds

$    53    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$    363    Total reimbursement requested for expenses.


**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**
☑ None
A total of $                .


Date of Application:    **March 2, 2021**    Attorney's signature:    **/s/ Victoria J. Carpenter, Esq.**

Local Bankruptcy Form 23-1

## ADDITIONAL EXPENSES

| Expense | Date Incurred | Total Charge |
|---|---|---|
| **Copy costs** | 11/25/20 | $10 (100 pp x .10¢ each) |
| **Postage costs** | 11/25/20 | $10 |
| **Bankruptcy credit report** | 11/25/20 | $33 |

**TOTAL ADDITIONAL EXPENSES:  $53**